

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00096-CV

**ALS 88 DESIGN BUILD LLC,**
Appellant

v.

**MOAB CONSTRUCTION CO.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03033
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing. A motion to abate was pending at the time. Appellant has now answered an order for advisory from this Court.

It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, and has paid for the preparation of the record. *See* TEX. R. APP. P. 34.6(b)(1).

The reporter's record must be filed no later than ten days after the date appellant's written proof of request and payment is filed with this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court